

FILED
AUG 28 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2830-W   |
|                         Plaintiff, ) | **I N F O R M A T I O N** |
|      v.                        ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JOSE RANGEL-FLORES,        ) aka Jose Luis Rangel-Flores, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
|                         Defendant. ) | |

The United States Attorney charges:

Count 1

On or about June 3, 2003, within the Southern District of California, defendant JOSE RANGEL-FLORES, aka Jose Luis Rangel-Flores, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

HWC:jam:San Diego
8/27/08

<u>Count 2</u>

On or about July 18, 2008, within the Southern District of California, defendant JOSE RANGEL-FLORES, aka Jose Luis Rangel-Flores, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/28/08 .

KAREN P. HEWITT
United States Attorney

*Jan Parks for*

HAROLD W. CHUN
Assistant U.S. Attorney