AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE RANGEL-FLORES,<br>aka Jose Luis Rangel-Flores | CASE NUMBER: 08cr2830-WQH |

I, <u>JOSE RANGEL-FLORES, aka Jose Luis Rangel-Flores</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); ~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony);~~

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _8/28/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY